Jarrod W. WILLIS, Plaintiff–Appellant,

v.

Nora HUNT; Jennifer Walsh; Horace Hammonds, Defendants–Appellees.

No. 14–7777.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 19, 2015.

Jarrod W. Willis, Appellant Pro Se.

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarrod W. Willis appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Willis v. Hunt,* No. 5:14–ct–03067–BO (E.D.N.C. Nov. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*